**ROTHSTEIN**

325 East 79th St[reet]
New York, Ne[w York]
(212) 57[...]

**Member NY & NJ Bars**

> The request to seal the Complaint and its Exhibit is GRANTED on a temporary basis.
>
> In light of the representations contained herein and in a letter submitted by counsel for Plaintiff's ex-wife (Doc. 5), Plaintiff is directed to file a public version of the Complaint by 5:00 p.m. on May 6, 2022. Should Plaintiff fail to file the public version of the pleading in accordance with this Order, the temporary sealing of the Complaint will be lifted.
>
> The Clerk of the Court is respectfully directed to seal the Complaint and its Exhibit (Doc. 1, Doc. 1-1), permitting access by only the parties and the Court, but retain the docket text for the record. The Clerk of the Court is directed further to terminate the motion sequence pending at Doc. 4.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 5, 2022

May 4, [2022]

**Via ECF only**

The Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
 Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    Yehuda Listokin v. Miller Zeiden[...]
                 22-cv-02605-PMH

Dear Judge Halpern:

      I represent plaintiff in the above-referenced action.

      Yesterday, I received a letter from Susan Chana Lask, the attorney for Rena Listokin, who is plaintiff's former wife and who is mentioned throughout the complaint, advising me that I omitted redacting the children's dates of birth. Ms. Lask also objected to my filing part of the Listokin Separation Agreement as an exhibit to the complaint, alleged that certain statements in the complaint defamed the children, and suggested that I am exposed to a libel action.

      While I do not agree with most of what Ms. Lask stated in her letter, I would prefer to focus on the litigation itself. Therefore, I request that Your Honor seal the complaint (doc. 1). I am not enclosing Ms. Lask's letter because it too would need to be sealed but I can email it to the court upon request. I have consulted with defendants' counsel, Bret Scher, and he does not object to my application. I have also advised Ms. Lask about my intention to file this request.

                                             Respectfully submitted,

                                             **ROTHSTEIN LAW PLLC**

                                   By:    Eric E. Rothstein

cc:    Bret Scher, Esq.
       via email to bscher@kdvlaw.com