UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA LISTOKIN,

              Plaintiff,

- against -

MILLER ZEIDERMAN LLP, et al.,

              Defendants.

**ORDER**

22-CV-02605 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today, July 11, 2023 at 2:30 p.m., in Courtroom 520, for the oral ruling on Defendants Miller Zeiderman LLP and Lisa Zeiderman's Motion to Dismiss the Complaint (Doc. 20). For the reasons indicated on the record and law cited therein, the motion to dismiss filed is DENIED. See transcript.

The Clerk of the Court is respectfully directed to terminate the pending motion (Doc. 19; Doc. 20). Defendants shall file an Answer by August 10, 2023. The parties shall meet and confer with regard to the other, non-moving named defendants and submit a proposed Order and Stipulation of Discontinuance within one week of this Order.

                                      **SO ORDERED.**

Dated: White Plains, New York
         July 11, 2023

                                      PHILIP M. HALPERN
                                      United States District Judge