**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck, LLP

**Brett A. Scher, Esq.**
Email: bscher@kdvlaw.com

> Application granted. The initial pretrial telephone conference scheduled for 9/7/23 at 2:30 p.m. is rescheduled to 10/3/23 at 10:00 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         August 23, 2023

August 23, 2023

**VIA ECF**
Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   *Yehuda Listokin v. Miller Zeiderman LLP, et al.*
      Case No. 22-cv-02605-PMH

Dear Judge Halpern:

Our firm represents the defendants Miller Zeiderman LLP ("the MZ Firm") and Lisa Zeiderman ("Ms. Zeiderman") (collectively the "MZ Defendants") with respect to the above captioned action.

In accordance with Rule 1.C of Your Honor's Individual Practices, we write to respectfully request an adjournment of the Initial Case Management and Scheduling Conference, pursuant to Fed. R. Civ. P. 16(c), currently scheduled for a telephonic conference on September 7, 2023 at 2:30 pm.

The request is made as I have a previously scheduled vacation from September 7-12 and will be on a flight at the time of the currently scheduled conference.

This is the first request for an adjournment, and the request is made on consent of all parties.

We have conferred with Plaintiff's counsel and all counsel are free on the following dates to conduct the telephonic conference (assuming the Court is also available):

- September 13th, 15th, or 18th

We thank the Court for its consideration of our request.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Brett A. Scher, Esq.

Digitally signed by: Brett A. Scher
DN: CN = Brett A. Scher email = bscher@kdvlaw.com C = US O = Kaufman Dolowich Voluck
Date: 2023.08.23 11:06:18 -05'00'

cc:   Eric E. Rothstein, Esq. (via ECF)

4887-8029-4778, v. 1